UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACI LYNN EPPS,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:17-CV-01913-DWC<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE PROOF OF SERVICE |

    Plaintiff Traci Lynn Epps initiated this Social Security action on December 23, 2017. Dkt. 1. Summonses were electronically issued on January 2, 2018. Dkt. 5. On March 13, 2018, Defendant filed the Administrative Record-Answer. Dkt. 7. Plaintiff, however, failed to provide the Court with proof of service. Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), "proof of service must be made to the court. . . . [P]roof must be by the server's affidavit." The Court orders Plaintiff to comply with Rule 4(*l*)(1) and provide proof of service of the Complaint to the Court on or before March 21, 2018. Plaintiff's counsel may file a declaration showing service was perfected.

    Dated this 14th day of March, 2018.

                                                  /s/ David W. Christel<br>
                                                David W. Christel<br>
                                                United States Magistrate Judge